### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| TINA J. CARSON, | : |
| Plaintiff, | : |
| vs. | :    CA 19-1128-KD-MU |
| WORLD MARINE, etc., | : |
| Defendant. | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 4, 2020 (doc. 11) is **ADOPTED** as the opinion of this Court.

Accordingly, Tina J. Carson's Title VII discrimination lawsuit (Doc. 1) is **DISMISSED with prejudice**, pursuant to Fed.R.Civ.P. 41(b), due to her failure to prosecute this action by complying with this Court's lawful Order dated April 1, 2020 and because this action is indisputably time-barred.

**DONE** this the 29th day of May 2020.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> CHIEF UNITED STATES DISTRICT JUDGE